IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| ROSE ADANMA DURU, | § | |
|---|---|---|
| Plaintiff, | § | |
| V. | § | No. 3:16-CV-3546-D |
| KAREN MITCHELL, ET AL., | § | |
| Defendants. | § | |

## **ORDER**

The United States Magistrate Judge made findings, conclusions, and a recommendation in this case. No objections were filed. The district judge reviewed the proposed findings, conclusions, and recommendation for plain error. Finding none, the court adopts the findings, conclusions, and recommendation of the United States Magistrate Judge.

SO ORDERED.

September 19, 2017.

_____
SIDNEY A. FITZWATER
UNITED STATES DISTRICT JUDGE